

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00383-CR

RUDOLF HILBURN, JR.                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
## TRIAL COURT NO. 1352567D

----------

## MEMORANDUM OPINION[1]

----------

Appellant filed a pro se notice of appeal from a plea-bargained conviction for felony driving while intoxicated. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification of the right of appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(d).

---

[1]*See* Tex. R. App. P. 47.4.

We notified appellant that unless he filed a response showing grounds for continuing the appeal, we would dismiss it.  Although appellant filed a response, it does not show grounds for continuing the appeal.  Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 29, 2014